AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**LOUIS LOWE,**

    **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**STATE OF OHIO,**      **CASE NO. 2:12-CV-00142**
    **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE MARK R. ABEL**

    **Respondent.**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed March 29, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 29, 2013     JOHN P. HEHMAN, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk