AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

LOUIS LOWE,

       Petitioner,

                              **JUDGMENT IN A CIVIL CASE**

v.

STATE OF OHIO,                     CASE NO. 2:12-CV-142
                                            JUDGE EDMUND A. SARGUS, JR.
       Respondent.             MAGISTRATE JUDGE MARK R. ABEL

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

     **Pursuant to the Opinion and Order filed February 25, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 25, 2014                      JOHN P. HEHMAN, CLERK

                                           */S/ Andy F. Quisumbing*
                                           (By) Andy F. Quisumbing
                                           Courtroom Deputy Clerk